AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SAMUEL WOLFE PETERSON,<br><br>Defendant(s) | ) ) ) ) ) ) Case No. 25-6764-mj-Hunt |

FILED BY ___SM___ D.C.
Jan 3, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 3, 2026,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | Transportation of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Katherine E. Leonard, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence. by FaceTime

Date: 01/03/2026

_____
Judge's signature

City and state: Fort Lauderdale, Florida

PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Katherine E. Leonard, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Samuel Wolfe Peterson** with violations of Title 18, United States Code, Sections 2252(a)(1) (transportation of child pornography) and 2252(a)(4)(B) (possession of child pornography).

2. I am employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been since January 2017. Prior to becoming a Special Agent with HSI, I was employed as a Special Agent with the Special Inspector General for Afghanistan Reconstruction (SIGAR), for three years. In my current capacity as an HSI Special Agent, I am assigned to the Internet Crimes Against Children (ICAC) Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to, the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A. I have conducted and/or assisted in child exploitation investigations and received training in how to conduct such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

3. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this affidavit is being submitted for the limited

purpose of establishing probable cause for the proposed complaint, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4.    On or about January 3, 2026, Samuel Wolfe PETERSON, a U.S. Citizen, arrived at Fort Lauderdale-Port Everglades, Berth 21, aboard the Majestic Princess cruise vessel, which originated in Mexico. United States Customs and Border Protection (CBP) officers referred PETERSON to secondary for further processing and examination.

5.    During the secondary inspection, PETERSON was found to be in possession of one iPhone 15 Plus and one Razor Blade 14 laptop computer. CBP conducted a cursory search of PETERSON's cell phone and laptop after PETERSON provided the passwords to the devices. The search of PETERSON's cell phone revealed approximately 20 videos of child pornography depicting prepubescent children involved in sexual acts. Examples include the following:

    a. A 48-second video of a male adult penetrating the anus of a toddler with his penis;

    b. A 13-second video of a male adult penetrating the anus of a toddler with his penis; and

    c. A 56-second video of a male adult performing oral sex on a prepubescent male child.

6.    HSI reported to Port Everglades to conduct further investigation. Your affiant and other law enforcement officers interviewed PETERSON. Law enforcement advised PETERSON of his <u>Miranda</u> Rights in writing. PETERSON indicated he understood his rights, waived his rights verbally, and agreed to speak to law enforcement. PETERSON stated, in sum and part, the following:

7.    PETERSON understood child pornography to be the visual depiction of minors engaged in sexual acts. PETERSON was aware he was in possession of child pornography on his personal cell phone on the date of the interview, including videos depicting infants, toddlers, and prepubescent children involved in sexual acts.

8. PETERSON began viewing child pornography approximately two years ago. PETERSON has received child pornography from Telegram user, "Nocturne," an unidentified male in North Carolina that PETERSON met on the Discord application. In May 2025, PETERSON also transmitted a "violent" video depicting an infant being penetrated (either anally or vaginally) to another user via the Kik application.

9. PETERSON masturbated to child pornography as recently as two weeks ago.

10. PETERSON has also received child pornography from approximately four or five minors between the ages of 14-16. PETERSON met these minors online and has only had sexual contact with one of them (age 16) when he was approximately 19 years old.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Samuel Peterson for committing violations of Title 18, United States Code, Sections 2252(a)(1) (transportation of child pornography) and 2252(a)(4)(B) (possession of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT KATHERINE E. LEONARD
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime on this 3rd day of January 2026.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-6764-mj-Hunt

### BOND RECOMMENDATION

DEFENDANT: Samuel Wolfe Peterson

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Justin McCormack_ (signature)
AUSA: **Justin McCormack**

Last Known Address: 1500 John Wesley Way NW

Huntsville, AL 35816

What Facility:

Agent(s): Katherine Leonard, DHS

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)